UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**Jose Luis FRANCESCHY-Robles,** )<br>)<br>)<br>Defendant )<br>_____) | Magistrate Docket No.<br><br>**'08 MJ 0955**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **March 26, 2008** within the Southern District of California, defendant, **Jose Luis FRANCESCHY-Robles**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 28th DAY OF **MARCH 2008.**

_____
William McCurine, Jr.
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jose Luis FRANCESCHY Robles

## PROBABLE CAUSE STATEMENT

On March 26, 2008, at approximately 4:45 p.m., Border Patrol Agent G. Harkins responded to a sensor intrusion device approximately fifty yards north of the United States/Mexico Border and approximately five miles west of the San Ysidro, California Port of Entry.

Upon arriving in the area, Agent Harkins observed a group of suspected illegal aliens attempting to hide. Agent Harkins approached the group of suspected illegal aliens and identified himself as a Border Patrol Agent. Agent Harkins questioned all four individuals as to their citizenship and immigration status, including one later identified as the defendant **Jose Luis FRANCESCHY-Robles**. All four admitted to being a citizens and nationals of Mexico without any immigration documents to enter or remain in the United States legally. All four individuals were placed under arrest and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **March 12, 2008** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

_____
James Trombley
Senior Patrol Agent

_____
William McCurine Jr.
U.S. Magistrate Judge

3/28/08  12:24 hrs
Date/Time